IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

1:23-cv-291

JEROME WASHINGTON
   PLAINTIFF
V.

SUPERINTENDENT RANDY IRWIN, OVERALL SCI-FOREST CORRECTIONAL OFFICIALS AND INMATES CUSTODY CARE AND CONTROL; MAJOR J. ALEXANDER; ARE BEING SUED IN THEIR INDIVIDUAL CAPACITIES AND OFFICIAL CAPACITIES OR PERSONAL CAPACITIES FOR $350,000 FOR PUNITIVE DAMAGES, PROSPECTIVE AND DECLARATORY RELIEF AND COMPENSATORY DAMAGES
   DEFENDANTS

PRISONER'S COMPLAINT FORM AUTHORIZE BY 42 U.S.C. SECTION §1983 AND UNDER THE FEDERAL CONSTITUTION'S 28 U.S.C. SECTION 1331 AND 1343 (a)(3) DEMANDED BY JURY TRIAL JURISDICTION ORDERED

RECEIVED
OCT 17 2023
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

JURISDICTION & VENUE

I. INTRODUCTION:

- PLAINTIFF IS HEREBY THE ABOVE ENTITLE PLAINTIFF JEROME WASHING, AGAINST THE CAPTION CASE DEFENDANT'S IN THIS §1983 PRISONER COMPLAINT.

- PLAINTIFF FILES THIS SWORN COMPLAINT UNDER THE U.S. DECLARED PENALTY OF PERJURY THAT THE FOREGOING IS TRUE, CORRECT, AND ADEQUATE. AS IS FOLLOWED

1.) THIS IS A CIVIL ACTION'S PRISONER'S COMPLAINT AUTHORIZE BY 42 U.S.C. SECTION §1983, TO REDRESS THE DEPRIVATION UNDER COLOR OF STATE LAW OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATE, THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343 (a)(3). PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202 PLAINTIFF'S CLAIMS FOR INJUNCTION RELIEF ARE AUTHORIZED BY 28 U.S.C. SECTION 2283 & 2284 BY 28 U.S.C. SECTION §1331(a) AND RULE 65 OF FEDERAL RULE OF CIVIL PROCEDURES. THIS COMPLAINT IS FILED IN ACCORDANCE TO RULE 10, & 8(a) FEDERAL RULES OF CIVIL PROCEDURES.

## II. Party:

2) PLAINTIFF: JEROME WASHINGTON #HV0282 IS CURRENTLY INCARCERATED AT FOREST IN SOLITARY CONFINEMENT RESTRICTIVE HOUSING UNIT/RHU; AT ADDRESS SCI-FOREST, P.O. BOX 307, MARIENVILLE, PA. 16239 ... THIS Complaint Response CAN BE SERVED.

## III. DEFENDANTS

3) RANDY IRWIN CAN BE SERVED AT SCI-FOREST, P.O. BOX 307, MARIENVILLE, PA. 16239. THIS COMPLAINT FROM MONDAY THROUGH FRIDAY AT 8:00 A.M. TO 4:00 P.M.

- RANDY IRWIN (HEREINAFTER "IRWIN") IS THE WARDEN/SUPERINTENDENT OF SCI-FOREST AND THE FACILITY MANAGER THAT RESPOND TO INMATES GRIEVANCES INCLUDING RANDY IRWIN BEING RESPONSIBLE FOR THE CORRECTIONAL OFFICIALS AND PRISONER'S AT SCI-FOREST, IN THE RESTRICTIVE HOUSING UNIT/RHU (HEREINAFTER "IRWIN") IS EMPLOYED THE SUPERINTENDENT, RANDY IRWIN OPERATE THE OVERALL CUSTODY, CARE, AND CONTROL AT SCI-FOREST AND RESIDES AT ████ FOREST....

4) J. ALEXANDER (HEREINAFTER "ALEXANDER") IS THE MAJOR OF SCI-FOREST, ALEXANDER IS RESPONSIBLE FOR THE CORRECTIONAL OFFICIAL'S THAT IS LOWER IN RANK AND CORRECTIONAL OFFICIALS AND INMATES CUSTODY, CARE, AND CONTROL AT SCI-FOREST IN THE RESTRICTIVE HOUSING UNIT/ RHU (HEREINAFTER "ALEXANDER") IS EMPLOYED AS MAJOR AT FOREST AND RESIDES AT FOREST....

- J. ALEXANDER CAN BE SERVED AT SCI-FOREST, P.O. BOX 307, MARIENVILLE PA. 16239

- THE SUPERINTENDENT ASSISTANT "REEHER" CSA, CAN MAKE SERVICE AT FOREST

(2)

FROM MONDAY TO FRIDAY AT 8:00A.M. TO 4:00pm TO SERVE RANDY IRWIN, AND J. ALEXANDER AT THE SAME ADDRESS.

### IV. Complaint

5.) RANDY IRWIN AND J. ALEXANDER, ("DEFENDANTS") HAD FALSIFIED DOC RECORDS (HEREINAFTER "PLAINTIFF") WAS TRANSFERED TO FOREST FOR BMU PROGRAMMING THE SUPERINTENDENT IRWIN AND ALEXANDER TOOK IT AMONGST DEFENDANTS SELF TO FALSIFY RECORDS ON MARCH 1st, 2023 DURING PLAINTIFF TRANSFER TO FOREST TO PLACE PLAINTIFF ON RRL/RESTRICTIVE RELEAST AND PLACED PLAINTIFF IN FOREST RESTRICTIVE HOUSING UNIT/RHU WHENSOEVER ADMINISTRATIVE RECORDS STILL STATED BMU/BEHAVIOR MANAGER UNIT WHEREAS DEFENDANTS IRWIN AND ALEXANDER TOOK IT AMONGST THEMSELF TO PLACE PLAINTIFF UNDER THE CHAOTIC ENVIRONMENT UNDER SOLITARY CONFINEMENT FOR LONG TERM ISOLATION ON MARCH 1st 2023 FOR CONTINUE PLACEMENT IN FOREST CHAOTIC ENVIRONMENT WITHOUT CENTRAL OFFICE APPROVAL OR 13.8.1 BMU SECTION 12-34 & 12-35 POLICIES, PRACTICES AND PROCEDURES TAKEN BEFORE PLAINTIFF WAS ILLEGALLY AND UNLAWFULLY REMOVED FROM BMU TO FOREST RHU WITHOUT BEING REMOVED OUT OF BMU BUT PLACED IN SOLITARY CONFINEMENT TO BE ISOLATED ["mostly"] 24 HOURS A DAY AND RARELY ISOLATED 23 HOURS A DAY IN FOREST CHAOTIC HOUSING UNIT RHU DUE TO DEFENDANTS FALSIFIED DOCUMENTS UNDER FALSE PRETENSE FOR LONG TERM ISOLATION TO DETERIORATE PLAINTIFF MENTAL ILLNESSES WHILE HOUSE IN A RESTRICTIVE HOUSING. UNIT

6.) DEFENDANTS IRWIN, AND ALEXANDER FALSED PLAINTIFF

③

IMPRISONMENT IN FOREST RHU ON MARCH 1st, 2023

7.) PLAINTIFF INFORMED THE WESTERN DISTRICT COURT MAGISTRATE JUDGE LISA PUPO LENIHAN ON ▓▓ HANDHELD SECURITY CAMERA (VIDEO FOOTAGE) WHOM TOLD ATTORNEY GENERAL SCOTT BRADLEY TO CONTACT FOREST CORRECTIONAL OFFICIAL'S ON MARCH 16, 2023 TO VERIFY SUCH SAID FALSIFIED IMPRISONMENT PLUS WITNESS PLAINTIFF ILLEGALLY PLACED IN A RESTRAINT CHAIR AND A MASK THAT COVERED PLAINTIFF FACE UPON PLAINTIFF DOING NO WRONGFUL ACTS OF AGGRESSION BUT STRONGLY BEING DISCIPLINE UNDER CRUEL AND UNUSUAL PUNISHMENT

8.) PLAINTIFF WAS REMOVED FROM THE BMU WITH AN ADMISSION CRITERIA THAT ▓▓ INCLUDES A DIAGNOSES OF A SERIOUS MENTAL ILLNESS AND PLAINTIFF CURRENTLY PRESENTS SAFETY CONCERNS AND SECURITY NEEDS DUE TO HIS MENTAL ILLNESSES OR SECURITY NEEDS THAT CANNOT BE ACCOMMODATE BY A LESS RESTRICTIVE HOUSING UNIT OPERATED BY THE DEPARTMENT THAT COULDN'T PROVIDE MENTAL HEALTH TREATMENT WHEREAS DEFENDANTS RANDY IRWIN AND J. ALEXANDER DECREASED PLAINTIFF MENTAL HEALTH TREATMENT AS DEFENDANTS KEEP PLAINTIFF IN A CHAOTIC ENVIRONMENT TO CAUSE SERIOUS HARM WHILE PLAINTIFF WAS RULED TO SUFFER FROM SCHIZOAFFECTIVE DISORDER, BIPOLAR, ADD AND POST TRAUMATIC STRESS DISORDER. PLAINTIFF ALSO HAS AN ANTI SOCIAL PERSONALITY DISORDER WHERE DEFENDANTS KEEP PLAINTIFF ISOLATED IN SOLITARY CONFINEMENT 24 HRS. TO 23 HRS. A DAY FROM MARCH 1st 2023 TIL OCTOBER 12th 2023 AND CONTINUE UNDER THESE CONDUCTIONS AS ▓▓ DEFENDANT'S DEPRIVE PLAINTIFF OF HIS LEGAL PROPERTY & LEGAL EXAMPTION

(4)

9.) DEFENDANT RANDY IRWIN AND J. ALEXANDER IS SUBJECTING PLAINTIFF/ INMATES TO FOREST RHU CHAOTIC ENVIRONMENT AS FOLLOW:

10.) CHEMICALS THAT CAUSES THE SKIN TO BURN AND THAT AFFECTS PLAINTIFF BREATHING AND GLAUCOMA/CATARACT ON APRIL 13th 2023 AND SEPTEMBER 30, 2023

11.) FREQUENT UNJUSTIFIED ASSAULTS BY FOREST DEFENDANTS RANDY IRWIN AND J. ALEXANDER ACTING OR INACTING IN MARCH 1st 2023 ASSAULTS AND PLAINTIFF PLACED IN A RESTRAINT CHAIR FOR ATLEAST 5 HOURS THAN PLACED IN A RHU COLD CELL WITHOUT CLOTHES OR A MATTRESS UPON FREQUENT FORMS OF SEXUAL ASSAULT AND ▇▇▇▇ CORRECTIONAL OFFICERS WHO ENCOURAGE MENTALLY ILL INMATES/PLAINTIFF TO KILL HIMSELF AND FREQUENT THREATS OF BODILY HARM BY CORRECTIONAL OFFICER'S IN WHICH PLAINTIFF WAS GIVEN A BAG MEAL WITH BREAD AND BUTTER OR LESS FOOD THAN A TRAY FROM MARCH 1st 2023 TIL MARCH 30, 2023 UPON PLAINTIFF LOSING 27 POUNDS FROM PLAINTIFF WEIGHING 190 TO 163 POUNDS HERETO ▇▇▇▇ DEFENDANTS ALLOWED R&D TO DESTROY PLAINTIFF LEGAL PROPERTY. THESE ACTS OCCUR FROM 3-1-23 TO 10-12-23, AND

12.) PLAINTIFF ▇▇▇ FALSIFIED IMPRISONMENT WAS DUE TO DEFENDANTS IRWIN AND J. ALEXANDER FALSIFYING DOCUMENTS TO REMOVE PLAINTIFF OUT OF BMU PLACEMENT BEFORE RRL PACKAGE WAS ACCOMPLISH OR BMU REMOVAL PACKAGE WASN'T ACCEPTED. DEFENDANTS IGNORE BMU PROCEDURES SECTION 12-34/12-35 HEREIN

## V. EXHAUTION:

13.) PLAINTIFF COMPLETED ADMINISTRATIVE REMEDIES TO SATISFY PLRA FILING PROCEDURES

## VI. RELIEF:

14.) PLAINTIFF JEROME WASHINGTON #HV0282 PRISONER'S COMPLAINT CLAIMS STATED IN REFERENCE PARAGRAPHS 1 TO 13 OF THIS COMPLAINT FOR RELIEF AS FOLLOW:

15.) 8th AND 14th AMENDMENT VIOLATION TO THE CONSTITUTIONAL LAWS OF PRISONER'S RIGHTS AND THE 1st AMENDMENT RIGHTS VIOLATED UNDER DEPRIVING ACCESS TO THE COURT DESTRUCTION OF PROPERTY/LEGAL DOCUMENTS — SPOLIATION.

16.) PLAINTIFF SEEKS PUNITIVE DAMAGES TO PUNISH AND DISCIPLINE THE DEFENDANTS, FOR AN AMOUNT TEN TIMES GREATER THAN COMPENSATORY DAMAGES

17.) PLAINTIFF SEEKS COMPENSATORY RELIEF FOR $350,000 IN THE INDIVIDUAL CAPACITIES, OFFICIAL CAPACITIES AND PROSPECTIVE, DECLARATORY RELIEF AND PERSONAL CAPACITIES TO COMPENSATE PLAINTIFF FOR THE INFLICTED WONTON PAIN AND SUFFERING THROUGHOUT FOREST CHAOTIC ENVIRONMENT SADISTICAL AND TYPICAL PLACEMENT IN THE RHU FOR CRUEL AND UNUAL PUNISHMENT

* PLAINTIFF IS PRO-SE LITIGANT UNDER THE U.S. DECLARED PENALTY OF PERJURY THAT THE FOREGOING IS TRUE, CORRECT, AND ADEQUATE

/s/ Jerome Washington
DATED 10-12-23

JEROME WASHINGTON HV0282
SCI-FOREST
P.O. BOX 307
MARIENVILLE, PA. 16239

(6)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEROME WASHINGTON
                    PLAINTIFF

V,

SUPERINTENDANT RANDY IRWIN, OVERALL
SCI-FOREST CORRECTIONAL OFFICIALS AND
INMATES CUSTODY CARE AND CONTROL, MAJOR
J. ALEXANDER; ARE BEING SUED IN THEIR
INDIVIDUAL CAPACITIES AND OFFICIAL
OR PERSONAL CAPACITIES FOR $350,000 FOR
PUNITIVE DAMAGES, PROSPECTIVE AND
DECLARATORY RELIEF AND COMPENSATORY
DAMAGES
                    DEFENDANTS

PRISONERS COMPLAINT FORM
AUTHORIZE BY 42 U.S.C.
SECTION §1983 AND UNDER
THE FEDERAL CONSTITUTIONS
28 U.S.C. SECTION 1331
AND 1343 (a)(3) DEMANDED
BY JURY TRIAL JURISDICTION
ORDERED

## CERTIFICATE PROOF OF SERVICE

AND NOW THIS WIT TO BE THE 12th DAY OF OCTOBER 2023
I'AM SENDING THIS CERTIFICATE ATTACHED TO A MOTION FOR APPOINTMENT
OF COUNSEL AND TO PROCEED IN FORMA PAUPERIS ATTACHED TO PLAINTIFF
PRISONERS COMPLAINT FORM JURISDICTION VENUE IN THIS OUTGOING
PRE-PAID FIRST CLASS MAIL DELIVERY

JEROME WASHINGTON
HV0282
SCI-FOREST
P.O. BOX 307
MARIENVILLE

HONORABLE JUDGE

NAME:
SIGNATURE:

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
700 GRANT STREET, RM. 3110
PITTSBURGH, PA 15219